IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


JACQUELINE HOLLOWAY, et al.                                    PLAINTIFFS

      V.                        Civil No. 06-6002

CITY OF HOT SPRINGS, ARKANSAS,
et al.                                                         DEFENDANTS

**O R D E R**

      Currently before the Court is plaintiffs' **Response (Doc. 15)** to the United States District Court Clerk's order to show cause why the John Doe defendants named by plaintiffs should not be dismissed from this action.  Plaintiffs state that they have now identified three of the John Doe defendants and request that they be granted leave to amend their complaint to name these individuals as defendants.

      Upon due consideration, the John Doe defendants are dismissed from this action and plaintiffs shall have five days from the entry of this order in which to file the amended complaint. Pursuant to CM/ECF Administrative Policies and Procedures Manual for Civil Filings for the Western District of Arkansas § IV, A, as the amended complaint adds parties, it  must be filed conventionally, on paper with the clerk's office.  Defendants shall have twenty days from service of the amended complaint in which to file a response.

      IT IS SO ORDERED this 7th day of July 2006.


                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE