```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

JACQUELINE HOLLOWAY;
JUSTIN HOLLOWAY;
JASMINE HOLLOWAY;
CANDICE DODSON, individually and on
behalf of SHYLAH LEE, JAMEA GRAVES
and STARR DODSON                                       PLAINTIFFS

         v.           Civil No. 06-6002

CITY OF HOT SPRINGS, ARKANSAS;
BRIAN KECK; and RICHARD NORRIS                         DEFENDANTS

## JUDGMENT

NOW on this 14th day of March, 2007, the above referenced matter comes on for this Court's consideration of the **Motion for Summary Judgment** (document #36) filed by separate defendants, **Brian Keck** and **Richard Norris**, and the various responses and replies thereto, and for reasons set forth in the Court's Memorandum Opinion of this date, finds that the motion should be, and it hereby is, **granted**. Plaintiffs' complaint against **Brian Keck** and **Richard Norris** is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE